UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vatsavai, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>Jaddou,<br><br>        Defendant. | No. 2:22-CV-01014-KJM-JDP |
| Aiyyathurai, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>Jaddou,<br><br>       Defendant. | NO. 2:22-CV-01046-TLN-DB<br><br>RELATED CASE ORDER |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

1     The parties should be aware that relating cases under Rule 123 causes the actions to be
2 assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases
3 are generally assigned to the judge and magistrate judge to whom the first filed action was
4 assigned.
5     As a result, it is hereby **ordered** that 2:22-CV-01046-TLN-DB is reassigned from Judge
6 Troy L. Nunley to the undersigned and from Magistrate Judge Deborah L Barnes to Magistrate
7 Judge Jeremy D. Peterson.  Henceforth, the caption on documents filed in the reassigned case
8 shall be shown as: 2:22-CV-01046-KJM-JDP.
9     It is further **ordered** that the Clerk of the Court make appropriate adjustment in the
10 assignment of civil cases to compensate for this reassignment.
11     This order resolves ECF No. 7.
12     IT IS SO ORDERED.
13 DATED:  August 10, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE